109 P.3d 707

# SUPREME COURT OF HAWAI'I

**April 18, 2005**

| 26343 | State v. Zerk | Vacated and Remanded |
|---|---|---|

**April 19, 2005**

| 25662 | DFS Group L.P. v. Paiea Properties | Affirmed |
|---|---|---|

**April 20, 2005**

| 24586 | Phoenix UPVC Bldg. Supply, Inc. v. Yamada | Affirmed |
|---|---|---|

**April 21, 2005**

| 26576 | Doe, In re | Affirmed |
|---|---|---|